UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARREN WILLIAMS, 2090285 | CIVIL ACTION |
| VERSUS | NO. 10-1653 |
| STATE OF LOUISIANA | SECTION "N" (2) |

## **ORDER AND REASONS**

Before the Court are several motions/amended motions (Rec. Docs. 1, 9, 10, 11, and 15), all relating to a 28 U.S.C. § 2241 Petition filed by pre-trial detainee[1], Darren Williams. The State of Louisiana has filed a "Response to Petition for Habeas Corpus Relief" (Rec. Doc. 23). Also, the Court notes that it has received an "Addendum" (Rec. Doc. 24) from Petitioner. After considering the memoranda filed by the parties, the record, and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons as stated by the State in its Response (Rec. Doc. 23), **Petitioner's 28 U.S.C. § 2241 Petition and related motions (Rec. Docs. 1, 9, 10, 11, and 15)** are **DENIED and DISMISSED WITHOUT PREJUDICE**. Before Petitioner can seek relief for his present claims under § 2241, he must first exhaust his state remedies, which he has not yet done. See § 2241(c)(3); *Marts v. Foti*, 85 F.3d 619 (5th Cir. 1996) (citing *Dickerson v. Louisiana*, 816 F.2d 220, 225 (5th Cir.), *cert. denied*, 484 U.S. 956 (1987)). Although §2241

---

[1] While the State's Response (Rec. Doc. 23, p. 6) states that Petitioner's trial was set for February 2, 2011, the Court has been advised that it was continued on that date to March 15, 2011.

contains no exhaustion requirement, the Fifth Circuit requires that a petitioner seeking relief under § 2241 first exhaust his state remedies. *Richie v. Scott*, 70 F.3d 1269 (5th Cir. 1995).

**IT IS FURTHER ORDERED** that the **"Amended Right to Counsel Motion" (Rec. Doc. 18); the "Motion Deemed for Perjury based on Affidavit Filed 6-18-2009" (Rec. Doc. 19); and the "Motion to Dismiss Orleans Public Defenders Office" (Rec. Doc. 21)** are all **DENIED AS MOOT**, based on the above.

New Orleans, Louisiana, this 17th day of February 2011.

```
                              _____
                                    KURT D. ENGELHARDT
                                    United States District Judge
```